## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW HALL, on behalf of himself and on behalf of all others similarly situated, <br><br> v. <br><br> PIPELINE SAFETY, L.L.C. | Case No: 2:17-cv-12623-BWA-KWR <br> FLSA Collective Action <br><br> Judge Barry W. Ashe <br><br> Magistrate Judge Karen Wells Roby |

## HALL'S EX PARTE MOTION TO SUBSTITUTE COUNSEL

Hall moves to substitute Matthew S. Parmet, as counsel of record in place of Robert Landry. Mr Parmet, whose contact information is below, is a member in good standing of the bar of this Court and will assume sponsorship of pro hac vice counsel, Beatriz Sosa-Morris and John Neuman.

Respectfully submitted,

By: ***/s/ Matthew S. Parmet***
_____
**Matthew S. Parmet**, T.A.
Louisiana Bar # 32855
**PARMET PC**
800 Sawyer St.
Houston, Texas 77007
phone   713 999 5228
fax         713 999 1187
matt@parmet.law

By: ***/s/ Robert B. Landry, III***
_____
Robert B. Landry, III
Louisiana Bar No. 18998
**ROBERT B. LANDRY III PLC**
5420 Corporate Blvd., Ste. 204
Baton Rouge, LA 70808
Telephone:    (225) 349-7460
Facsimile:       (225) 349-7466
rlandry@landryfirm.com

By: ***/s/ John Neuman***
    _____
    John Neuman
    Texas Bar No. 24083560
    Beatriz Sosa-Morris
    Texas Bar No. 24076154
**SOSA-MORRIS NEUMAN**
**ATTORNEYS AT LAW**
5612 Chaucer Dr.
Telephone:   (281) 885-8844
Facsimile:   (281) 885-8813
JNeuman@smnlawfirm.com
BSosaMOrris@smnlawfirm.com

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

On October 16, 2018, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system.

***/s/ John Neuman***
_____
John Neuman

- 2 -