## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREW HALL, on behalf of himself and on behalf of all others similarly situated, | Case No: 2:17-cv-12623-BWA-KWR <br> FLSA Collective Action |
| v. | Judge Barry W. Ashe, Section M (4) |
| PIPELINE SAFETY, L.L.C. | Magistrate Judge Karen Wells Roby |

## ORDER GRANTING
## JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND
## STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Considering the Parties' Joint Motion for Approval of FLSA Settlement and Stipulation of Dismissal of Lawsuit with Prejudice (R. Doc. 29) and the applicable law, the Court finds the compromise to have fairly and reasonably settled a bona fide dispute. *See Martin v. Spring Break '83 Productions, L.L.C.*, 688 F.3d 247, 254-57 (5th Cir. 2012). Accordingly,

**IT IS ORDERED** that the Parties' settlement agreement is approved and this case is dismissed with prejudice. Except as provided in the settlement agreement, all parties will bear their own fees and costs.

New Orleans, Louisiana, this 21st day of November, 2018.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE